# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1792

_____

Jacqueline E. Presi

*Plaintiff - Appellant*

v.

Ascension Health Alliance, doing business as Ascension; Ascension Short-Term
Disability Plan; Sedgwick Claims Management Services, Inc., also known as
Sedgwick; Ascension Long-Term Disability Plan

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: December 18, 2019
Filed: December 23, 2019
[Unpublished]

_____

Before STRAS, WOLLMAN, and KOBES, Circuit Judges.

_____

PER CURIAM.

In this Employee Retirement Income Security Act (ERISA) suit, Jacqueline E. Presi challenges the district court's[1] adverse grant of summary judgment on her claims arising from the denial of benefits. Viewing the evidence and inferences that may reasonably be drawn from it in a light most favorable to Presi, we conclude that Presi has raised no valid basis for reversal. See Manning v. Am. Republic Ins. Co., 604 F.3d 1030, 1038 (8th Cir. 2010) (de novo review; when plan reserves discretionary power to construe uncertain terms or make eligibility determinations, district court reviews administrator's decision only for abuse of discretion). Appellees' motion to strike is granted; and the judgment is affirmed, see 8th Cir. R. 47B.

————————————————————

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.